# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LAUREN VON BLOHN

    Plaintiff(s)

v.

BLUE SHIELD OF CALIFORNIA

    Defendant(s)

CASE No C 3: 18-CV-4228-EMC

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*) Private mediation through JudicateWest, or similar dispute resolution service provider.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: March 11, 2019

Date: September 25, 2018     /s/ Joseph Creitz
                                   Attorney for Plaintiff

Date: September 25, 2018     /s/ Joseph E. Laska
                                   Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/26/18

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*