MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
Email: gpimstone@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. 221055)
E-mail: jlaska@manatt.com
CARRI BECKER MAAS (Bar No. 245816)
E-mail: CMaas@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA

[Additional counsel listed on the next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN VON BLOHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE, d/b/a BLUE SHIELD OF CALIFORNIA, a California corporation, in its capacity as ERISA-fiduciary insurer and administrator of the Charles M. Salter Associates Health and Welfare Plan,<br><br>Defendants. | Case No. 3:18-CV-4228-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | CREITZ & SEREBIN LLP |
| 2 | Joseph A. Creitz, Cal Bar No. 169552<br>joe@creitzserebin.com |
| 3 | Lisa S. Serebin, Cal Bar No. 146312<br>lisa@creitzserebin.com |
| 4 | 100 Pine Street, Suite 1250<br>San Francisco, CA 94111 |
| 5 | 415.466.3090 (tel)<br>415.513.4475 (fax) |
| 6 | Attorneys for Plaintiff |
| 7 | LAUREN VON BLOHN |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
3:18-CV-4228-EMC

| | | |
|---|---|---|
| 1 | Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their counsel, stipulate that this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs. | |
| 2 | | |
| 3 | | |
| 4 | SO STIPULATED. | |
| 5 | | |
| 6 | Dated: February 21, 2019 | CREITZ & SEREBIN LLP |
| 7 | | |
| 8 | | By: /s/ Joseph A. Creitz* |
| 9 | | Joseph A. Creitz |
| 10 | | Attorneys for Plaintiff LAUREN VON BLOHN |
| 11 | Dated: February 21, 2019 | MANATT, PHELPS & PHILLIPS, LLP |
| 12 | | |
| 13 | | By: /s/ Joseph E. Laska* |
| 14 | | Joseph E. Laska Attorneys for Defendants |
| 15 | | CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA |
| 16 | | |
| 17 | | *Under Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document. |
| 18 | | |
| 19 | | |
| 20 | | GRANTED |
| 21 | | |
| 22 | | Judge Edward M. Chen |
| 23 | DATED: 3/5/2019 | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
3:18-CV-4228-EMC